# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL E. BRANDON,<br><br>　　　　　Defendant. | Case No.  5:24-cr-00003-CDB<br><br>ORDER TO PAY<br><br>(Doc. 12) |

On August 6, 2024, Defendant, Joel E. Brandon, entered into a pre-judgment plea agreement and was ordered to pay a $500.00 fine plus a $25.00 special assessment, for a total financial obligation in the amount of $525.00.

Accordingly, IT IS HEREBY ORDERED that Defendant shall pay a total financial obligation in the amount of $525.00 no later than July 31, 2025.  Payment shall be made to the Clerk of Court, 501 I Street, Room 4-200, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated:   __August 14, 2024__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1