1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOEL BRANDON
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 5:24-cr-00003-CDB |
   |---|---|
12 | Plaintiff, | **JOINT STATUS REPORT; STIPULATION TO VACATE REVIEW HEARING;** |
13 | vs. | ~~[PROPOSED]~~ **ORDER** |
14 | JOEL BRANDON, | Date:   October 7, 2025 |
15 | Defendant. | Time:  10:00 a.m.<br>Judge: Hon. Christopher D. Baker |

16

17         On August 6, 2024, this Court sentenced defendant Joel Brandon to one year of pre-

18 judgment probation, pursuant to 18 U.S.C. § 3607.  ECF No. 12.  The Court imposed a twelve-

19 month term of probation with an expiration date of July 31, 2025.  The Court ordered

20 Mr. Brandon to pay a fine of $500 and a special assessment of $25, for a total financial penalty

21 of $525, by July 31, 2025.  In addition, the Court ordered Mr. Brandon to attend one narcotics

22 anonymous meeting per month.  *Id.*

23         At a status review hearing on May 6, 2025, the Court modified the terms of

24 Mr. Brandon's probation.  The Court extended the probation term to October 31, 2025, and

25 ordered Mr. Brandon to attend Narcotics Anonymous once per week, with two in-person

26 sessions per month.  The Court set the case for further status review to occur on October 7, 2025.

27 ECF No. 15.

28

The parties agree that Mr. Brandon is in full compliance with the terms of his probation as modified by the Court. Since May 6, he has attended a total of 22 Narcotics Anonymous meetings, 12 of which were online and 10 of which were in person. (*See* Exh. A).

Because Mr. Brandon is in compliance with his conditions of probation, the parties stipulate that the Court may vacate the review hearing scheduled for October 7, 2025. Vacating this hearing promotes judicial economy and is in the interest of justice.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 30, 2025

/s/ *Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 30, 2025

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JOEL BRANDON

**O R D E R**

**IT IS SO ORDERED.** The review hearing scheduled for October 7, 2025, is vacated.

IT IS SO ORDERED.

Dated:   **October 1, 2025**

UNITED STATES MAGISTRATE JUDGE